# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DR. NATASHA M. HERNANDEZ,

                Plaintiff,

vs.

SYNCHRONY FINANCIAL,

                Defendant.

Case No.:

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Synchrony Bank (erroneously sued as "Synchrony Financial") ("Synchrony") hereby notices removal of the state court civil action known as *Dr. Natasha M. Hernandez v. Synchrony Financial*, Case No. 2021CV002419, from the Circuit Court of Milwaukee County, State of Wisconsin, to the United States District Court for the Eastern District of Wisconsin, and in support thereof states as follows.

      1.      On or about April 23, 2021, Plaintiff Dr. Natasha M. Hernandez ("Plaintiff") filed a Complaint against Synchrony in the Circuit Court of Milwaukee County, State of Wisconsin (the "State Court"). In compliance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon Synchrony is attached hereto as **Exhibit 1**.

      2.      As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Synchrony has satisfied the procedural requirements for removal, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331.

## GROUNDS FOR REMOVAL

**I.      Synchrony Has Satisfied the Procedural Requirements for Removal.**

3.      Synchrony first received a copy of the Summons and Complaint on April 30, 2021. Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(3) because Synchrony is filing its Notice of Removal within 30 days of its receipt of the initial pleading setting forth the claim for relief upon which such action is based.

4.      This Court is the proper division because it embraces the State Court, where Plaintiff's action is pending.  *See* 28 U.S.C. §§ 1441 and 1446(a).

5.      No previous request has been made for the relief requested herein.

6.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff, and a copy is being filed with the State Court Clerk.

**II.      Removal Is Proper Because This Court Has Subject Matter Jurisdiction.**

7.      Under 28 U.S.C. § 1331, United States District Courts are vested with jurisdiction to consider cases or controversies "arising under" the laws of the United States of America.  *See* 28 U.S.C. § 1331.

8.      Removal of such cases is governed by 28 U.S.C. § 1441(b).  Section 1441(b) makes clear that a case brought in state court, raising a federal question, "*shall* be removable" to the United States District Courts "without regard to the citizenship or residence of the parties."  28 U.S.C. § 1441(b) (emphasis added).

9.      Here, Plaintiff alleges that Synchrony failed to send her billing statements and that such failure "is a violation of the Truth in Lending Act: 15 USC CHAPTER 41."  Exh. A, Complaint.

10.     To the extent that any other claims in this action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. § 1367.

11.     Given that the requirements for federal question jurisdiction are satisfied, this case is properly removed.

WHEREFORE, Synchrony, by counsel, respectfully requests that the above-referenced action, originally filed in the Circuit Court of Milwaukee County, State of Wisconsin, be removed to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

Dated:  May 21, 2021                          REED SMITH LLP


                                               */s/ Timothy R. Carwinski*
                                               Timothy R. Carwinski (Bar No. 6299248)
                                               10 South Wacker Drive, 40th Floor
                                               Chicago, IL 60606
                                               Tel:  (312) 207-6549
                                               Fax:  (312) 207-6400
                                               tcarwinski@reedsmith.com

                                               *Attorneys for Defendant Synchrony Bank*

EXHIBIT 1

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **MILWAUKEE**

Natasha Hernandez vs. Synchrony Financial          **Electronic Filing Notice**

Case No. 2021CV002419
Class Code: Money Judgment

FILED
04-23-2021
John Barrett
Clerk of Circuit Court
2021CV002419
Honorable Timothy
Witkowiak-22
Branch 22

SYNCHRONY FINANCIAL
777 LONG RIDGE
SYNCHRONY BANK, LEGAL OPERATIONS
STAMFORD CT 06905

Case number 2021CV002419 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $20.00 fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 0a2610**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4120.

Milwaukee County Circuit Court
Date: April 23, 2021

GF-180(CCAP), 11/2020 Electronic Filing Notice     §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Case 2:21-cv-00632-PP     Filed 05/21/21     Page 5 of 24     Document 1

**FILED**
**04-23-2021**
**John Barrett**
**Clerk of Circuit Court**
**2021CV002419**
**Honorable Timothy**
**Witkowiak-22**
**Branch 22**

## STATE OF WISCONSIN, CIRCUIT COURT, MILWAUKEE COUNTY

**Dr. Natasha M. Hernandez**

**5109 N Woodburn St**

**Whitefish Bay, WI 53217**

**Plaintiff**

**vs**

**Synchrony Bank**

**Synchrony Financial Legal Department**

**Margaret M. Keane**

**777 Long Ridge Rd**

**Shawnee Mission, KS 66201-53201**

**Defendant**                          **Case No. X**

### SUMMONS

THE STATE OF WISCONSIN,

TO EACH PERSON OR COMPANY NAMED ABOVE AS A DEFENDANT:

**YOU ARE HEREBY NOTIFIED** that the Plaintiff named above has filed a lawsuit or other legal action against you. The Complaint, which is attached, states the nature and basis of the legal action.

Within Twenty (20) days of receiving this Summons, you must respond with a written Answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the Complaint. The court may reject or disregard an Answer that does not follow the requirements of the Statutes. The answer must be sent or delivered to the Court, whose address is:

Clerk of Circuit Court

Milwaukee County Courthouse

901 N 9th St

Milwaukee, WI 53233


And to Plaintiff whose address is:

Dr. Natasha M. Hernandez

5109 N Woodburn St

Whitefish Bay, WI 53217


You may have an attorney help or represent you.


If you do not provide a proper Answer within Twenty (20) days, the Court may grant Judgment against you for the award of money or other legal action requested in the Complaint and you may lose your right to object to anything that is or may be incorrect in the Complaint. A judgment may be enforced as provided by law. A Judgment awarding money may become a lien against any real estate you own, now or in the future, and may also be enforced by garnishment or seizure of property.


Dated this 23rd day of April, 2021.


By:



Natasha M. Hernandez, Plaintiff

414.759.8808

**FILED**
**04-23-2021**
**John Barrett**
**Clerk of Circuit Court**
**2021CV002419**
**Honorable Timothy Witkowiak-22**
**Branch 22**

STATE OF WISCONSIN, CIRCUIT COURT, MILWAUKEE COUNTY

Dr. Natasha M. Hernandez

5109 N Woodburn St

Whitefish Bay, WI 53217

Plaintiff

vs

Synchrony Bank

Synchrony Financial Legal Department

Margaret M. Keane

777 Long Ridge Rd

Shawnee Mission, KS 66201-53201

## COMPLAINT

The Plaintiff, Natasha M. Hernandez for a first cause of action against the Defendant Synchrony Bank alleges as follows:

### FIRST CAUSE OF ACTION- BREACH OF CONTRACT

1. The Plaintiff and Defendant entered into the credit card agreement in Exhibit A.

2. The credit card agreement offered a 0% promotional interest rate for 2 years. If the balance was not paid in full at the end of the promotional period, interest of 29.99%, going back to the original balance, would accrue and be due. The sales contract states:

"No Interest Charges will be assessed if the promotional purchase balance is paid in full within the Promotional Period, which is in 24 months. If the promotional purchase balance is not paid in full by the end of this Promotional Period, interest will be imposed from the date of purchase at the Annual Percentage Rate of 29.99%. If the word variable appears in the previous sentence,

that APR will vary with the market based on the prime rate. Minimum monthly payments are required. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase.

Cardholder agrees to pay transaction amount according to cardholder agreement"

3. Synchrony Bank's practices would only allow a customer to sign up for "automatic payments" if the customer agreed to be sent only "electronic statements" via email. This requirement was not in the Credit Card Agreement. Not properly sending statements to the consumer is a violation the Truth in Lending Act: 15 USC CHAPTER 41

4. If the customer had the means, and the account was always current, no statements or mail notifications would come to the customer at all.

5. By requiring "electronic statements" in order to use "automatic payments", Synchrony Bank coerced its customers into "forgetting about" the account. If an email changed, or the computer program changed, the statements could easily be lost or go to junk mail.

6. In July of 2018, Plaintiff purchased $18,410.00 of appliances from ABT Electronics in Glenview, IL on the Synchrony Bank charge account. The receipt for this order is Exhibit B.

7. Plaintiff made regular monthly payments via automatic draft. The account was current and never in default. The account remains current today.

8. In June of 2020, the account had a remaining principal balance of $10,782 as evidenced by Exhibit C. In July of 2020, the balance jumped to $24,072.24, with the bank adding $13,290.24 of additional interest as evidenced by Exhibit D.

9. As a busy doctor during the COVID pandemic, the Plaintiff lost track of the end of the promotional period. Monthly payments were made automatically. Because the account was current, no notifications were ever sent via mail. The electronic statements were lost. It was if the account had disappeared.

10. Had the Defendant known that this charge was coming, with a paper statement or notification, she would have paid the promotional balance.

11. Plaintiff contacted Defendant via telephone to dispute the interest rate and deceptive communication practices in early January 2021. Plaintiff was denied any relief.

12. The Defendant's deceptive communication practices, requiring customers to use electronic statements in order to participate in electronic withdrawal, is a violation of the Truth in Lending Act and caused damages to plaintiff of $20,000 of additional required interest payments.

SECOND CAUSE OF ACTION- BREACH OF CONTRACT

13. Plaintiff notified Defendant about the dispute of the credit card agreement and requested arbitration in letters dated January 25, 2021 "Exhibit E", and April 7, 2021 "Exhibit F".

14. Defendant has failed to respond to any written request by Plaintiff

15. Defendant's failure to respond to the Plaintiff constitutes a breach of the Credit Card Agreement.

16. The breach of the credit card agreement and the existence of the debt has had a detrimental effect on Plaintiff's credit rating. This is evidenced by the involuntary closure of Defendant's Citibank credit card for which she has been a cardmember since 2005. In Exhibit G, Citibank writes "Hi, Natasha. We've had to close you American Airlines AAdvantage MileUp Mastercard account because it's been inactive for several months and based on information from your credit report. We used a credit scoring system in our review, which assigns a numerical value to different items on your credit report. The resulting score wasn't high enough to keep your account open."

17. Plaintiff suffered damages resulting from a lowered credit score, as a result of Defendant's breach of contract.

18. Plaintiff requested a copy of the Credit Card Agreement pertaining to her specific account
    :*0002* both via telephone and online form. The Defendant has refused to provide any agreement and sent a rejection letter linked to an erroneous account. Exhibit H.

Wherefore, the Plaintiff demands judgment against the Defendant as follows:

A. On its First Cause of Action, that Defendants breached the contract, Defendant will credit all payments made by Plaintiff since July 2, 2020 as payments toward reducing the original principal. All interest accrued after July 2, 2020 shall be forgiven. As of July 2, 2020, the outstanding principal balance was $10,782. Plaintiff will pay any remaining balance of the original principal to Defendant. ($3,020 remained as a principal balance as of April 23, 2021) Defendant will refund Plaintiff any payments made that are in excess of the principal balance.

B. On its Second Cause of Action, that Defendants breached the contract, Plaintiff suffered significant damage to her credit score, as a result of Defendant's breach, and demands $20,000 in compensation.

C. On both causes of action, for the costs, disbursements and actual attorney fees of this action, and for such other and further relief as the Court deems equitable under the circumstances.


Dated 22 April, 2021


Natasha Hernandez, Plaintiff



Tel: 414.759.8808

A1

**FR833282333 RETAIL GEN CREDIT CARD**
PLSS TC 184-017-00 38303A
6/19

Exhibit A

**SYNCHRONY BANK**
**SECTION I: RATES AND FEES TABLE**
**CREDIT CARD ACCOUNT AGREEMENT**
**PRICING INFORMATION**

| Interest Rates and Interest Charges | |
|---|---|
| **Annual Percentage Rate (APR) for Purchases** | **29.99%** |
| **Paying Interest** | Your due date is at least 23 days after the close of each billing cycle. We will not charge you any interest on non-promotional purchases if you pay your entire balance by the due date each month. We will begin charging interest on promotional purchases on the purchase date. |
| **Minimum Interest Charge** | If you are charged interest, the charge will be no less than $2. |

| Fees | |
|---|---|
| **Penalty Fees** <br> • Late Payment <br> • Returned Payment | <br> Up to **$39.** <br> **$28** |

**How We Will Calculate Your Balance:** We use a method called "daily balance." See your credit card account agreement that follows for more details.

## SECTION II: RATES, FEES AND PAYMENT INFORMATION

A2

| How Interest Is Calculated | |
|---|---|
| **Your Interest Rate** | We use a daily rate to calculate the interest on the balance on your account each day. The daily rate for purchases is the APR times 1/365. The daily rate for purchases is .08217% (APR 29.99%). Interest will be imposed in amounts or at rates not in excess of those permitted by applicable law. |
| **When We Charge Interest** | We charge interest on your purchases from the date you make the purchase until you pay the purchase in full. See exceptions below.<br><br>▪ We will not charge you interest during a billing cycle on any non-promotional purchases if:<br>1. You had no balance at the start of the billing cycle; OR<br>2. You had a balance at the start of the billing cycle and you paid that balance in full by the due date in that billing cycle.<br>We always charge interest on promotional purchases and their related fees from the date you make the purchase.<br><br>▪ We will credit, as of the start of the billing cycle, any payment you make by the due date that we allocate to non-promotional purchases if:<br>1. You had no balance at the start of the previous billing cycle; OR<br>2. You had a balance at the start of the previous billing cycle and you paid that balance in full by the due date in the previous billing cycle. |
| **How We Calculate Interest** | We figure the interest charge on your account separately for each balance type. We do this by applying the daily rate to the daily balance for each day in the billing cycle. A separate daily balance is calculated for the following balance types, as applicable: purchases and balances subject to different interest rates, plans or special promotions. See below for more details on how this works.<br><br>1. How to get the daily balance: We take the starting balance each day, add any new charges and fees, and subtract any payments or credits. This gives us the daily balance. Debt cancellation fees, if any, and late payment or returned payment fees are treated as new purchases.<br>2. How to get the daily interest amount: We multiply each daily balance by the daily rate that applies.<br>3. How to get the starting balance for the next day: We add the daily interest in step 2 to the daily balance from step 1.<br>4. How to get the interest charge for the billing cycle: We add all the daily interest amounts that were charged during the billing cycle.<br><br>We charge a minimum of $2.00 of interest in any billing cycle in which you owe interest. Interest, as calculated above, is added as applicable to each balance type. Minimum interest charges in excess of the calculated interest are treated as new purchases. |
| How Fees Work | |
| **Late Payment Fee** | We will charge this fee if we do not receive the total minimum payment due on your account by 5 p.m. (ET) on the due date. This fee is equal to:<br><br>1. $28, if you have paid your total minimum payment due by the due date in each of the prior six billing cycles. OR<br>2. $39, if you have failed to pay your total minimum payment due by the due date in any one or more of the prior six billing cycles.<br><br>The late payment fee will not be more than the total minimum payment that was due. |
| **Returned Payment Fee** | We will charge this fee if any check, other instrument, or electronic payment authorization you provide us in payment on your account, is not honored, returned unpaid or cannot be processed for any reason. This fee is equal to $28. The returned payment fee will not be more than the amount permitted by applicable law. |

**Minimum Payment Calculation**

Your total minimum payment is calculated as follows.

The sum of:

    a. For the new balance shown on your billing statement (excluding any balance attributable to a special promotional purchase with a unique payment calculation), the greater of:
        (i)   $28; or
        (ii)  3.5% of the new balance shown on your billing statement; or
        (iii)  The sum of 1% of your new balance shown on your billing statement plus interest and late payment fees charged in the current billing cycle; PLUS
    b. Any past due amounts; PLUS
    c. Any payment due in connection with a special promotional purchase with a unique payment calculation.

We round up to the next highest whole dollar in figuring your total minimum payment. Your total minimum payment will never be more than your new balance.

## SECTION III: STANDARD PROVISIONS

A3

### ABOUT THE CREDIT CARD ACCOUNT AGREEMENT

**This Agreement.** This is an Agreement between you and Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020, for your credit card account. By opening or using your account, you agree to the terms of the entire Agreement. The entire Agreement includes the four sections of this document and the application you submitted to us in connection with the account. These documents replace any other agreement relating to your account that you or we made earlier or at the same time.

**Parties To This Agreement.** This Agreement applies to each accountholder approved on the account and each of you is responsible for paying the full amount due, no matter which one uses the account. We may treat each of you as one accountholder and may refer to each of you as "you" or "your." Synchrony Bank may be referred to as "we," "us" or "our."

**Changes To This Agreement.** We may change, add or delete terms of this Agreement, including interest rates, fees and charges.

**Special Promotions.** The terms of this Agreement apply to any special promotion. However, any special promotional terms that are different than the terms in this Agreement will be explained on promotional advertising or other disclosures provided to you.

### HOW TO USE YOUR ACCOUNT/CARD

**Use Of Your Account.** You may use your account only for lawful personal, family or household purposes. You may use your account for purchases from dealers/merchants/retailers that accept the card.

**You Promise To Pay.** You promise to pay us for all amounts owed to us under this Agreement.

**Your Responsibility.** Each accountholder will receive a card. You may not allow anyone else to use your account. If you do, or if you ask us to send a card to someone else, you will be responsible for paying for all charges resulting from their transactions.

**Purchase Limits.** To prevent fraud, we may limit the number or dollar amount of purchases you can make in any particular amount of time. We also may decline any particular charge on your account for any reason.

**Credit Limit.** You will be assigned a credit limit that we may increase or decrease from time to time. If we approve a purchase that makes you go over your credit limit, we do not give up any rights under this Agreement and we do not treat it as an increase in your credit limit.

### HOW AND WHEN TO MAKE PAYMENTS

**When Payments Are Due.** You must pay at least the total minimum payment due on your account by 5 p.m. (ET) on the due date of each billing cycle. Payments received after 5 p.m. (ET) will be credited as of the next day. You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment. If you have a balance subject to interest, earlier payment may reduce the amount of interest you will pay. We may delay making credit available on your account in the amount of your payment even though we will credit your payment when we receive it.

**Payment Options.** You can pay by mail, online or at certain dealers/merchants/retailers that accept the card and payments. We may allow you to make payments over the phone but we will charge you a fee to make expedited phone payments. Your payment must be made in U.S. dollars by physical or electronic check, money order or a similar instrument from a bank located in the United States.

**How To Make A Payment.** You must follow the instructions for making payments provided on your billing statement. If you do not, credit of your payment may be delayed up to five days. Your billing statement also explains how information on your check is used.

**Payment Allocation.** We will apply the required total minimum payment to balances on your account using any method we choose. Any payment you make in excess of the required total minimum payment will be applied to higher APR balances before lower APR balances. Applicable law may require or permit us to apply excess payments in a different manner in certain situations, such as when your account has a certain type of special promotion.

### INFORMATION ABOUT YOU

**Using and Sharing Your Information.** When you applied for an account, you gave us, dealers/merchants/retailers that accept the card and program sponsors information about yourself that we could share with each other. Dealers/merchants/retailers that accept the card and program sponsors (and their respective affiliates) will use the information in connection with the credit program and for things like creating and updating their records and offering you special benefits. More information about how we use and share information is set forth in the privacy policy for your account.

**Address/Phone Change.** You represent that any phone number that you provide to us belongs to you and/or that you are authorized to provide that number. You also agree to tell us right away if you change your address or any phone number.

**Consent to Communications.** You consent to us, as well as any other owner or servicer of your account, contacting you through any channel of communication and for any purpose, as permitted by applicable law. For informational, servicing, fraud, or collection related communications, you agree that we may use the phone numbers that you provide to us to contact your cellular phone or wireless device with text messages, artificial or prerecorded voice calls, and calls made by an automatic telephone dialing system. Text frequency may vary and may be recurring. This consent applies even if you are charged for the call under your plan. You are responsible for any charges that may be billed to you by your communications carrier when we contact you. Message and data rates may vary. We and any carrier are not liable for delayed or undelivered messages. If you have questions, please call the number on the back of your card.

**Telephone Monitoring.** For quality control, you allow us to listen to or record telephone calls between you and us.

### IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**Closing Your Account.** You may close your account at any time by sending a letter to the address shown on your billing statement or calling customer service. You may close your account at any time, for any reason. If your account is closed, you must stop using it. You must still pay the full amount you owe and this Agreement will remain in effect until you do.

**Collection Costs.** If we ask an attorney who is not our salaried employee to collect your account, we may charge you our collection costs. These include court costs and reasonable attorneys' fees.

**Credit Bureau Reporting.** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be shown in your credit report. Tell us if you think we reported wrong information about you to a credit bureau. Write to us at Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036. Tell us what information is wrong and why you think it is wrong. If you have a copy of the credit report that includes the wrong information, send us a copy.

**Default.** You are in default if you make a late payment, do not follow any other term of this Agreement or become bankrupt or insolvent. If you default or upon your death, we may (a) request payment of the full amount due right away, (b) take legal action to collect the amounts owed, and/or (c) take any other action allowed.

**Disputed Amounts.** The billing rights summary in section IV of this Agreement describes what to do if you think there is a mistake on your bill. If you send us correspondence about a disputed amount or payment, you must send it to the address for billing inquiries. We do not give up any rights under this Agreement if we accept a payment marked "payment in full" or given with any other conditions or limitations.

**Unauthorized Use.** If your card is lost, stolen or used without your consent, call us immediately at 866-396-8254. You will not be liable for unauthorized use on your account, but you will be responsible for all use by anyone you give your card to or allow to use your account.

## IMPORTANT INFORMATION ABOUT THIS AGREEMENT

**Assignment.** We may sell, assign or transfer any or all of our rights or duties under this Agreement or your account, including our rights to payments. We do not have to give you prior notice of such action. You may not sell, assign or transfer any of your rights or duties under this Agreement or your account.

**Enforceability.** If any part of this Agreement is found to be void or unenforceable, all other parts of this Agreement will still apply.

**Governing Law.** Except as provided in the Resolving a Dispute with Arbitration section, this Agreement and your account are governed by federal law and, to the extent state law applies, the laws of Utah without regard to its conflicts of law principles. This Agreement has been accepted by us in Utah.

**Waiver.** We may give up some of our rights under this Agreement. If we give up any of our rights in one situation, we do not give up the same right in another situation.

## RESOLVING A DISPUTE WITH ARBITRATION

PLEASE READ THIS SECTION CAREFULLY. IF YOU DO NOT REJECT IT, THIS SECTION WILL APPLY TO YOUR ACCOUNT, AND MOST DISPUTES BETWEEN YOU AND US WILL BE SUBJECT TO INDIVIDUAL ARBITRATION. THIS MEANS THAT: (1) NEITHER A COURT NOR A JURY WILL RESOLVE ANY SUCH DISPUTE; (2) YOU WILL NOT BE ABLE TO PARTICIPATE IN A CLASS ACTION OR SIMILAR PROCEEDING; (3) LESS INFORMATION WILL BE AVAILABLE; AND (4) APPEAL RIGHTS WILL BE LIMITED.

1. **CLAIMS AND PARTIES.** If either you or we make a demand for arbitration, you and we must arbitrate any dispute or claim between you (including any other user of your account), and us (including our parents, affiliates, agents, employees, officers, and assignees) that directly or indirectly arises from or relates to your account, your account Agreement or our relationship, except as noted below. In addition, dealers/merchants/retailers and/or any assignee, agent, or service provider of ours that collects amounts due on your account are intended beneficiaries of this Arbitration section and may enforce it in full (notwithstanding any state law to the contrary).

2. This Arbitration section broadly covers claims based upon contract, tort, consumer rights, fraud and other intentional torts, negligence, constitution, statute, regulation, ordinance, common law and equity and claims for money damages and injunctive or declaratory relief, even if they arose before this section took effect. You may not sell, assign or transfer a claim.

3. Examples of claims subject to arbitration are disputes about an account transaction, fees, charges or interest, the events leading up to the Agreement (such as any disclosures, advertisements, promotions or oral or written statements, warranties or representations made by us), an application for or denial of credit, any product or service provided by us or third parties in connection with the Agreement, credit reporting, benefit programs related to your account including any reward program, the collection of amounts due by our assignees, service providers, or agents and the manner of collection.

4. However, we will not require you to arbitrate any individual case in small claims court or your state's equivalent court, so long as it remains an individual case in that court. Also, even if all parties have opted to litigate a claim in court, you or we may elect arbitration with respect to any claim made by a new party or any claim later asserted by a party in any related or unrelated lawsuit, including modifying an individual claim to assert a class, representative or multi-party claim. Arbitration may be requested at any time, even where there is a pending lawsuit, unless a trial has begun, or a final judgment entered.

5. Only a court will decide disputes about the validity, enforceability, coverage or scope of this Arbitration section or any part thereof. However, any dispute that concerns the validity or enforceability of the Agreement as a whole is for the arbitrator to decide.

6. **NO CLASS ACTIONS.** IF EITHER YOU OR WE ELECT TO ARBITRATE A CLAIM, NEITHER YOU NOR WE WILL HAVE THE RIGHT (A) TO PARTICIPATE IN A CLASS ACTION, PRIVATE ATTORNEY GENERAL ACTION OR OTHER REPRESENTATIVE ACTION IN COURT OR IN ARBITRATION, EITHER AS A CLASS REPRESENTATIVE OR CLASS MEMBER, OR (B) TO JOIN OR CONSOLIDATE CLAIMS WITH CLAIMS OF ANY OTHER PERSONS EXCEPT ACCOUNTHOLDERS ON YOUR ACCOUNT. THUS, YOU MAY NOT BRING CLAIMS AGAINST US ON BEHALF OF ANY ACCOUNTHOLDER WHO IS NOT AN ACCOUNTHOLDER ON YOUR ACCOUNT, AND YOU AGREE THAT ONLY ACCOUNTHOLDERS ON YOUR ACCOUNT MAY BE JOINED IN A SINGLE ARBITRATION WITH ANY CLAIM YOU HAVE.

7. **PROCEDURES.** The party who wants to arbitrate must notify the other party in writing. This notice can be given after the beginning of a lawsuit or in papers filed in the lawsuit. Otherwise, your notice must be sent to Synchrony Bank, Legal Operation, P.O. Box 29110, Shawnee Mission, KS 66201-5320, ATTN: ARBITRATION DEMAND. The party seeking arbitration must select either the American Arbitration Association (AAA), 120 Broadway, Floor 21, New York, NY 10271, www.adr.org, or JAMS, 620 Eighth Avenue, 34th Floor, New York, NY 10018, www.jamsadr.com, to administer the arbitration. If neither administrator can handle the dispute, a court with jurisdiction will appoint an arbitrator.

8. The arbitration administrator will appoint the arbitrator and will tell the parties what to do next. The arbitrator must be a lawyer with at least ten years of legal experience. The arbitrator must apply the same law, consistent with the Federal Arbitration Act (FAA), that would apply to an individual action in court, but may use different procedural rules. The arbitrator will apply the same statutes of limitation and privileges that a court would apply if the matter were pending in court.

9. The arbitrator may award any damages or other relief or remedies that would apply under applicable law to an individual action brought in court, including, without limitation, punitive damages (governed by the Constitutional standards employed by the courts) and injunctive, equitable and declaratory relief (but only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim). The parties will bear the fees and costs of their attorneys, witnesses and experts. However, the arbitrator will have the authority to award fees and costs of attorneys, witnesses and experts to the extent permitted by the Agreement, the administrator's rules or applicable law.

10. The arbitration will take place by phone or at a location reasonably convenient to you. If you ask, we will pay all the fees the administrator or arbitrator charges if you cannot obtain a waiver of fees from the administrator and are acting in good faith. We will always pay arbitration costs required by the administrator's rules or that are necessary for this Arbitration section to be enforced.



11. **GOVERNING LAW.** This Arbitration section is governed by the FAA. Utah law shall apply to the extent state law is relevant under the FAA, unless otherwise stated herein. The arbitrator's award will be final and binding, except for any appeal right under the FAA. Any court with jurisdiction may enter judgment upon the arbitrator's award. The arbitration award and any judgment confirming it will apply only to the specific case and cannot be used in any other case except to enforce the award.

12. **SURVIVAL.** This Arbitration section shall survive the repayment of all amounts owed, the termination, cancellation or suspension of the Agreement or your account or credit privileges, any legal proceeding, and any bankruptcy by you, to the extent consistent with applicable bankruptcy law. If this Arbitration section conflicts with the applicable arbitration rules or the other provisions of the Agreement, this Arbitration section shall govern.

13. **SEVERABILITY.** If any portion of this Arbitration section is held to be invalid or unenforceable, the remaining portions shall nevertheless remain in force with the following two exceptions.  First, if a determination is made that the "No Class Actions" provision is unenforceable, and that determination is not reversed on appeal, then this Arbitration section shall be void in its entirety. Second, if a court determines that a public injunctive relief claim may proceed notwithstanding the "No Class Actions" provision, and that determination is not reversed on appeal, then the public injunctive relief claim will be decided by a court, and any individual claims will be arbitrated.  The parties will ask the court to stay the public injunctive relief claim until the other claims have been finally concluded.

14. **HOW TO REJECT ARBITRATION.** You may reject this Arbitration section. If you do that, a court will resolve any dispute or claim. To reject this section, send us a notice within 45 days after you open your account or we first provided you with your right to reject this section. The notice must include your name, address, account number, and personal signature, and must be mailed to Synchrony Bank, P.O. Box 965012, Orlando, FL 32896-5012. This is the only way you can reject this section.  Rejecting this Arbitration section will not affect any other provision of the Agreement. It will also not affect any prior arbitration agreement or dispute resolution provision between you and us, which will remain in full force and effect. If you don't reject this Arbitration section, it will be effective as of the date of the Agreement and will supersede any prior arbitration agreement between you and us that would otherwise be applicable.

## SECTION IV: OTHER IMPORTANT INFORMATION

This section of the agreement includes state notices, billing rights summary and rewards terms (if applicable) and is not required to be provided as part of the credit card agreement posted online or provided to the CFPB.

**FR833282333 RETAIL GEN CREDIT CARD**
PLSS TC 184-017-00 38303A

B1



Printed: 03/06/18 17:04:57

**INVOICE**

**Abt Electronics**
**1200 N. Milwaukee Ave**
**Glenview IL 60025**
**847-967-8830**
**www.Abt.com**

*Exhibit B*

| Written Date | Order No. | Type | Store | PO No. / Cart ID | Sales No. | P/D | Delivery Date |
|---|---|---|---|---|---|---|---|
| 03/06/18 4:28 PM | 0306801OMXJ | (SAL - Open) | 01 | | S0120 | D | 04/10/2018 |

Bill To:
4210541146
Jason Hernandez
5109 N Woodburn St
Whitefish Bay, WI 53217
jason@apm-llc.com
414-759-8808
414-759-8808

Ship To:
Jason Hernandez
1414 E Fairmount Ave
Whitefish Bay, WI 53217
jason@apm-llc.com
414-759-8808
414-759-8808

Sales Associate - Patricia Dodge - pat.dodge@abt.com - 847-544-2620

| QTY | Model | Brand | Description | Unit Price | Total |
|---|---|---|---|---|---|
| 1 | BI48SDO | SUBZ | Refr/Frzr 48" Side/Side | 9899.00 | 9899.00 |
| 1 | CI365CB | WOLF | Cktp 36" Bk Elec Induction | 2499.00 | 2499.00 |
| 2 | SHVM78W53 | BOSC | Dw 24" Pnl Rdy 800 6/5cyc 42db | 999.00 | 1998.00 |
| 2 | SMZSH002 | BOSC | Braided Water Inlet Hose | 19.00 | 38.00 |
| 1 | KOCE500ESS | KITC | Oven 30" Ss Micro Combo Conv | 3000.00 | 3000.00 |
| 2 | 5PIECE | ABT | 5 Piece | 0.00 | 0.00 |
| 1 | S0120 | ABT | Thank You Patricia Dodge X2620 | 0.00 | 0.00 |

**Delivery Comments:**
**Single Family Home: First Floor**
**No Installs Drop Off Only**

| | |
|---|---|
| SUBTOTAL: $ | 17,434.00 |
| TAX: $ | 976.30 |
| TOTAL SALES: $ | 18,410.30 |
| Auth 006933 / Finance $ | -18,410.30 |
| **BALANCE DUE: $** | **0.00** |

No Interest Charges will be assessed if the promotional purchase balance is paid in full within the Promotional Period, which is in 24 months. If the promotional purchase balance is not paid in full by the end of this Promotional Period, interest will be imposed from the date of purchase at the Annual Percentage Rate of 29.99%. If the word variable appears in the previous sentence, that APR will vary with the market based on the prime rate. Minimum monthly payments are required. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase.

Cardholder agrees to pay transaction amount according to cardholder agreement

Customer Signature

ABT ELECTRONICS/SYNCHRONY HOME

**NATASHA HERNANDEZ**
Account Number    xxxx xxxx xxxx 0002
Statement Closing Date   06/04/2020

**synchrony**

Exhibit C

| Summary of Account Activity | |
|---|---|
| Previous Balance | $11,174.00 |
| + New Purchases | $0.00 |
| − Payments | $392.00 |
| +/− Credits, Fees & Adjustments (net) | $0.00 |
| +/− Interest Charge (net) | $0.00 |
| New Balance | $10,782.00 |
| Credit Limit | $25,000.00 |
| Available Credit | $14,218.00 |
| Days In Billing Period | 31 |

Pay online for free at: mysynchrony.com/home
For Synchrony Bank customer service or to report your
card lost or stolen, call 1-844-335-5909.

Best times to call are Wednesday - Friday

| Payment Information | |
|---|---|
| New Balance | $10,782.00 |
| Total Minimum Payment Due | $378.00 |
| Payment Due Date | 06/27/2020 |

Promotion(s) expiring shortly - see promotional boxes below for
details

**PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.**
We may convert your payment into an electronic debit. See
reverse side

Late Payment Warning: If we do not receive your Total
Minimum Payment Due by the Payment Due Date listed above,
you may have to pay a late fee up to $40.00.

Minimum Payment Warning: Making only the Total Minimum
Payment Due will increase the amount of interest you pay and
the time it takes to repay your balance  For example

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 31 years | $83,694.00 |
| $1,012.00 | 3 years | $36,430.00 (Savings = $47,264.00) |

If you would like information about credit counseling services,
call 1-877-302-8797

### Promotional Expiration Notification

YOU MUST PAY EACH PROMOTIONAL BALANCE IN FULL BY ITS EXPIRATION DATE TO AVOID PAYING DEFERRED
INTEREST CHARGES  PLEASE SEE THE PROMOTIONAL PURCHASE SUMMARY SECTION ON THIS STATEMENT
FOR FURTHER DETAILS. YOU HAVE A PROMOTION(S) EXPIRING ON 07/03/20.

### Promotional Purchase Summary

| Promotional Expiration Date | Promotional Balance | Deferred Interest Charge | Tran Date | Description | Initial Purchase Amount |
|---|---|---|---|---|---|
| 07/03/2020 | $10,782.00 | $13,059.50 | 06/19/2018 | Deferred Interest/No Interest If Paid In Full | $18,574.00 |

A summary of your promotional purchase is provided above.
If you have a DEFERRED INTEREST/NO INTEREST IF PAID IN FULL promotion  To avoid paying Deferred Interest Charges
on these promotion(s), you must pay the entire applicable Promotional Balance by the Promotional Expiration Date

To make more than one payment see Make Payment To address or pay online at mysynchrony.com.

### Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 05/27/2020 | 06/27/2020 | F637200H400CHGODA | AUTOMATIC PAYMENT - THANK YOU | ($392.00) |
| | | | FEES | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |

Continued on next page

* NOTICE  See reverse side and additional pages (if any) for important information concerning your account

5302      ACJ      1      7  4      200806      PAGE 1 of 5      6373  0600  GBJJ  01DC5302

Pay online at mysynchrony.com or enclose this coupon with your check  Please use blue or black ink.

| | Total Minimum Payment Due | Payment Due Date | Urgent | Account Number   xxxx xxxx xxxx 0002 |
|---|---|---|---|---|
| | | | | New Balance |
| | $378.00 | 06/27/2020 | Promotion(s) expiring shortly-see above | $10,782.00 |

Payment Enclosed :  $ ☐☐☐☐☐☐.☐☐

☐ New address or e-mail?
Check the box at left and
print changes on back

**NOTE: You have a Promotional Purchase Expiring. See Promotional Purchase Summary For Details.**
If you only pay the Total Minimum Due it may not pay off the Promotional Purchase by the Expiration Date

NATASHA HERNANDEZ
5109 N WOODBURN ST
WHITEFISH BAY WI 53217-5761

Make Payment to  SYNCHRONY BANK
PO BOX 960061
ORLANDO, FL 32896-0061

**ABT ELECTRONICS/SYNCHRONY HOME**

NATASHA HERNANDEZ
Account Number     XXXX XXXX XXXX 0002
Statement Closing Date   07/03/2020

.ıl synchrony

Exhibit D

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $10,782.00 |
| + New Purchases | $0.00 |
| - Payments | $378.00 |
| +/- Credits, Fees & Adjustments (net) | $0.00 |
| +/- Interest Charge (net) | $13,631.72 |
| **New Balance** | **$24,035.72** |

| | |
|---|---|
| Credit Limit | $25,000.00 |
| Available Credit | $964.00 |
| Days in Billing Period | 29 |

Pay online for free at: mysynchrony.com/home
For Synchrony Bank customer service or to report your
card lost or stolen, call 1-844-335-5909.

Best times to call are Wednesday - Friday.

## Payment Information

| | |
|---|---|
| New Balance | $24,035.72 |
| Total Minimum Payment Due | $842.00 |
| Payment Due Date | 07/27/2020 |

PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.
We may convert your payment into an electronic debit. See
reverse side.

**Late Payment Warning:** If we do not receive your Total
Minimum Payment Due by the Payment Due Date listed above,
you may have to pay a late fee up to $40.00.

**Minimum Payment Warning:** Making only the Total Minimum
Payment Due will increase the amount of interest you pay and
the time it takes to repay your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 31 years | $80,827.00 |
| $1,020.00 | 3 years | $36,727.00 (Savings = $44,100.00) |

If you would like information about credit counseling services,
call 1-877-302-8797

## Promotional Purchase Summary

| Promotional Expiration Date | Promotional Balance | Billed Interest Charge | Tran Date | Description | Initial Purchase Amount |
|---|---|---|---|---|---|
| EXPIRED | $24,035.72 | $13,631.72 | 06/19/2018 | Deferred Interest/No Interest If Paid In Full | $18,574.00 |

A summary of your promotional purchase is provided above.
If you have a DEFERRED INTEREST/NO INTEREST IF PAID IN FULL promotion To avoid paying Deferred Interest Charges
on these promotion(s), you must pay the entire applicable Promotional Balance by the Promotional Expiration Date

To make more than one payment see Make Payment To address or pay online at mysynchrony.com

## Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 06/26/2020 | 06/26/2020 | F637200J200CHGDDA | AUTOMATIC PAYMENT - THANK YOU | ($378.00) |
| | | | **FEES** | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |
| | | | **INTEREST CHARGED** | |
| 07/03/2020 | 07/03/2020 | | INTEREST CHARGE ON PURCHASES | $13,631.72 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $13,631.72 |

| 2020 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2020 | $0.00 |
| Total Interest Charged in 2020 | $13,631.72 |
| Total Interest Paid in 2020 | $0.00 |

* NOTICE: See reverse side and additional pages (if any) for important information concerning your account

5302     ACJ     1     7   6     200703     PAGE 1 of 5     6372  0600  GHJ2  01D05302

Pay online at mysynchrony.com or enclose the coupon with your check. Please use blue or black ink.

| Total Minimum Payment Due | Payment Due Date | New Balance | Account Number |
|---|---|---|---|
| $842.00 | 07/27/2020 | $24,035.72 | XXXX XXXX XXXX 0002 |

Payment Enclosed : $ ☐☐☐☐☐☐ . ☐☐

☐ New address or e-mail?
Check the box at left and
print changes on back

NATASHA HERNANDEZ
5109 N WOODBURN ST
WHITEFISH BAY WI 53217-5761

Make Payment to: SYNCHRONY BANK
PO BOX 960061
ORLANDO, FL 32896-0061

**Natasha M. Hernandez, MD**
5109 N Woodburn St
Whitefish Bay, WI 53217
*Synchrony Bank ABT Credit Card account number: ............0002*
(414)759-8808

January 25, 2021

Synchrony Bank Legal Operations
PO BOX 29110
Shawnee Mission, KS 66201-53201

*Exhibit E*

**REQUEST FOR ARBITRATION**

I established an ABT Electronics / Synchrony Bank credit card in 2014. I have used the account at ABT several times, always paying off balances in full. I received paper statements mailed to my home for the first several years. In July 2018, I purchased appliances at ABT Electronics in Northbrook, IL. I charged the purchase to my ABT Synchrony bank credit card. With the 2018 purchase, my principal balance was $25,000. My account is current and has NEVER been in default.

Due to Synchony's failure to send any written statements, notifications, or communications, the promotional interest period, on this 2018 purchase, expired on July 3, 2020. Had I been aware of the expiration of the promotional period, I would have paid the principal balance before July 3, 2020.

Because the account was set to "auto pay", I did not discover the expiration of the promotional period until January 2021, when I was reviewing my bank account. The Synchrony Bank computer system will confirm that I had not logged on, and therefore had not seen any statements or information on the account in years. I was unaware that written statements were not being sent to me. I have subsequently found that Synchrony requires their customers to "jump through hoops" to log on to a website to see account information and statements. Synchrony's unfair communications practices caused the "expiring promotion deadline" to be missed. I am a physician at a large hospital in Milwaukee. Further exacerbating the problem, as the promotion neared its deadline during early 2020, I was busy working 80-hour weeks battling COVID-19.

Interest of $17,203.73 has accrued to the account since July 2020. I am disputing all of the interest that has accrued on the account since June 2020. On June 3, 2020, the principal balance was $10,782.00. Continuing automatic payments made since June 2020 are $5,378.00, leaving a current remaining principal balance of $5,404.00.

In lieu of Arbitration, to close out the balance on the account, I offer to immediately pay the principal amount due of $5404.00? If acceptable, I will pay the balance and continue to be a loyal customer. If not acceptable, I select BOGS as the arbitrator, and I'd like to begin the process immediately. Please respond in writing.

Sincerely yours,

Natasha Hernandez, MD

**ABT ELECTRONICS/SYNCHRONY HOME**

NATASHA HERNANDEZ
Account Number : ____ 0002
Statement Closing Date: 06/04/2020

**synchrony**

| Summary of Account Activity | |
|---|---|
| Previous Balance | $11,174.00 |
| + New Purchases | $0.00 |
| - Payments | $392.00 |
| +/- Credits, Fees & Adjustments (net) | $0.00 |
| +/- Interest Charge (net) | $0.00 |
| New Balance | $10,782.00 |
| Credit Limit | $25,000.00 |
| Available Credit | $14,218.00 |
| Days in Billing Period | 31 |

Pay online for free at: mysynchrony.com/home
For Synchrony Bank customer service or to report your card lost or stolen, call 1-844-335-5909.

Best times to call are Wednesday - Friday.

*(handwritten)* Duplicate Statement Printed 1/2021

| Payment Information | |
|---|---|
| New Balance | $10,782.00 |
| Total Minimum Payment Due | $378.00 |
| Payment Due Date | 06/27/2020 |

Promotion(s) expiring shortly - see promotional boxes below for details

**PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.** We may convert your payment into an electronic debit. See reverse side.

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee of up to $40.00.

**Minimum Payment Warning:** Making only the Total Minimum Payment Due will increase the amount of interest you pay and the time it takes to repay your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 31 years | $83,604.00 |
| $1,012.00 | 3 years | $36,340.00 (Savings = $47,264.00) |

If you would like information about credit counseling services, call 1-877-302-8797.

| Promotional Expiration Notification |
|---|
| YOU MUST PAY EACH PROMOTIONAL BALANCE IN FULL BY ITS EXPIRATION DATE TO AVOID PAYING DEFERRED INTEREST CHARGES. PLEASE SEE THE PROMOTIONAL PURCHASE SUMMARY SECTION ON THIS STATEMENT FOR FURTHER DETAILS. YOU HAVE A PROMOTION(S) EXPIRING ON 07/03/20. |

**Promotional Purchase Summary**

| Promotional Expiration Date | Promotional Balance | Deferred Interest Charge | Tran Date | Description | Initial Purchase Amount |
|---|---|---|---|---|---|
| 07/03/2020 | $10,782.00 | $13,059.50 | 06/19/2018 | Deferred Interest/No Interest If Paid in Full | $18,574.00 |

A summary of your promotional purchase is provided above.
If you have a DEFERRED INTEREST/NO INTEREST IF PAID IN FULL promotion: To avoid paying Deferred Interest Charges on these promotion(s), you must pay the entire applicable Promotional Balance by the Promotional Expiration Date.

To make more than one payment see Make Payment To address or pay online at mysynchrony.com.

**Transaction Summary**

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 05/27/2020 | 05/27/2020 | F637200H400CHGDDA | AUTOMATIC PAYMENT - THANK YOU | ($392.00) |
| | | | FEES | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |

Continued on next page

**NOTICE:** See reverse side and additional pages (if any) for important information concerning your account.

Pay online at mysynchrony.com or enclose this coupon with your check. Please use blue or black ink.

**Natasha M. Hernandez, MD**
5109 N Woodburn St
Whitefish Bay, WI 53217
*Synchrony Bank ABT Credit Card account number:* .0002
(414)759-8808

April 7, 2021

Synchrony Bank Legal Operations
PO BOX 29110
Shawnee Mission, KS 66201-53201

Exhibit F

**REQUEST FOR ARBITRATION**

Dear Sir or Madam:

I sent the enclosed letter to Synchrony Bank on January 25, 2021 and have received no response as of the date of this letter.

Please respond to my inquiry via telephone or mail within 21 days, or I will be pursuing legal action.

Sincerely yours,

Natasha Hernandez, MD



March 15, 2021

PO Box 6500
Sioux Falls, SD 57117-6500

Return Service Requested

*Exhibit G*


00005142 1      57501548 DTF 00005142
ılıılıılılılılılılıılılıılılılılılılıılılılı
**N0005142
NATASHA HERNANDEZ
5109 N WOODBURN ST
MILWAUKEE WI 53217-5761

Natasha Hernandez
Cardmember since 2005
Account ending in 5128



## (i) Your account has been closed

Hi, Natasha. We've had to close your American Airlines AAdvantage MileUp℠
Mastercard® account because it's been inactive for several months and based on
information from your credit report.

We used a credit scoring system in our review, which assigns a numerical value to
different items on your credit report. The resulting score wasn't high enough to keep your
account open.

Your credit report showed the following:
- Number of accounts with delinquency.

- Ratio of revolving balances to credit limits too high.

- Delinquency date too recent or unknown.

- Too few accounts currently paid as agreed.

- Too many inquiries in the last 12 months.

All cards on this account should be destroyed immediately and any authorized users
should be notified that it has been closed.

Our decision was based, in whole or in part, on information in a report from the following
consumer reporting agency:



0 L0030517001 I20210314B0002386 410 I ZZ SY 8000 SYSTEMB9700814152222364 N X

SYNCHRONY BANK
P.O. Box 965004
Orlando, FL 32896-5004

86344
5301

01/20/2021

NATASHA HERNANDEZ
5109 N WOODBURN ST
MILWAUKEE WI 53217-5761

Exhibit H

**Account Number Ending In: 3298**

Dear NATASHA HERNANDEZ,

Thank you for your recent inquiry regarding your Old Navy Visa® Card account, and the opportunity to be of service to you.

Copies of credit agreements are available for open accounts or closed accounts with an outstanding balance. We do not maintain copies of credit agreements for closed, paid in full accounts and thus will not be able to send you a copy.

Please accept our apology for any inconvenience this may have caused you.

We appreciate you as a valued Old Navy Visa Card customer and hope you will continue to shop with us. If you have any questions or if we may be of further assistance, please contact us at the toll free number below.

Sincerely,

Customer Service Department
1-866-450-5294

Account is owned by SYNCHRONY BANK

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of May, 2021, the foregoing was served by first class mail upon the following:


    Dr. Natasha M. Hernandez
    5109 N. Woodburn Street
    Whitefish Bay, WI 53217


                  REED SMITH LLP


                  */s/ Timothy R. Carwinski*
                  Timothy R. Carwinski